**T. C. MORROW, Plaintiff-Appellant,**

v.

**AMERICAN BANK AND TRUST COMPANY, Defendant-Appellee.**

**No. 75–3118.**

United States Court of Appeals, Fifth Circuit.

Feb. 16, 1977.

Rehearing Denied March 16, 1977.

Boris F. Navratil, Baton Rouge, La., for plaintiff-appellant.

Neil H. Mixon, Jr., Baton Rouge, La., for defendant-appellee.

Before BROWN, Chief Judge, AINSWORTH, Circuit Judge, and JAMESON *, District Judge.

PER CURIAM:

AFFIRMED on the basis of the opinion of the District Court, Middle District of Louisiana (Judge E. Gordon West), 397 F.Supp. 803 (1975).

* Senior District Judge for the District of Montana, sitting by designation.

**Arturo T. ESQUIVEL, Petitioner-Appellant,**

v.

**W. J. ESTELLE, Jr., Director, Texas Department of Corrections, Respondent-Appellee.**

**No. 76–2945.**

United States Court of Appeals, Fifth Circuit.

Feb. 16, 1977.

Rehearing and Rehearing En Banc Denied March 15, 1977.

Stanley G. Schneider, Staff Counsel for Inmates, Huntsville, Tex., for petitioner-appellant.

John L. Hill, Atty. Gen., Stephen J. Wilkinson, Walter C. Prentice, David M. Kendall, Joe B. Dibrell, Jr., Asst. Attys. Gen., Austin, Tex., for respondent-appellee.

Before BROWN, Chief Judge, AINSWORTH, Circuit Judge, and JAMESON *, District Judge.

PER CURIAM:

AFFIRMED on the basis of the opinion of the District Court, Western District of Texas (Judge Suttle), —— F.Supp. —— (1977).

* Senior District Judge for the District of Montana, sitting by designation.